

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street -3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ROSELYN ANDINO o/b/o             :
ASHANTI C. ANDINO,               :
                                 :
            Plaintiff,           :
                                 :
       - v. -                    :
                                 :   STIPULATION AND ORDER
                                 :
MICHAEL J. ASTRUE,               :   07 Civ. 10311 (PAC)(THK)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 28, 2008 to and including March 28, 2008.

This extension is requested because the administrative record has not yet been received by defendant's counsel. No prior extensions have been requested in this case.

Dated: New York, New York
       January 3, 2008

                              LEGAL AID SOCIETY-BRONX
                              Attorneys for Plaintiff

By: _____
    STEVEN GODESKI, ESQ.
    MARSHALL GREEN, ESQ. Of Counsel
    953 Southern Blvd
    Bronx, New York  10459
    Telephone No.: (718) 991-4758

    MICHAEL J. ASTRUE
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
P. Kevin Castel, on behalf of Judge Crotty and Judge Katz
1-16-08

**Copies Mailed By Chambers**