UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ROSELYN ANDINO, on behalf of
ASHANTI ANDINO

                        Plaintiff,    :
                                     :
      -against-               :
                                     : 07 Civ. 10311(PAC)(THK)
                                   :
MICHAEL J. ASTRUE,            :       **ORDER**
Commissioner of Social Security  :
                                   :
                     Defendant.   :
------------------------------------------X
**THEODORE H. KATZ, United States Magistrate Judge.**

    This social security action having been referred to this Court; and Defendant having filed an Answer to Plaintiff's Complaint; it is hereby ORDERED:

    1.   By April 28, 2008, Defendant shall file his motion for judgment on the pleadings.

    2.   By May 21, 2008, Plaintiff shall file her response to Defendants' motion.

    3.   By June 4, 2008, Defendant shall file his reply in support of his motion, if any.


SO ORDERED.

                                   _____
                                    THEODORE H. KATZ
                         UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2008
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 3/31/08