

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York

April 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

BY FAX

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**RECEIVED**
BY  THK   DATE 4/28

Re: Roselyn Andino o/b/o Ashanti Andino v. Astrue
    07 Civ. 10311 (PAC) (THK)

Dear Judge Katz:

    The Court issued a briefing schedule in the above-referenced Social Security case requiring the defendant to file a motion for judgment on the pleadings by April 28, 2008, plaintiff to respond by May 21, 2008, and defendant to reply by June 4, 2008. We write, on behalf of both parties, to request that the briefing schedule for this case be adjourned as follows: defendant's motion for judgment on the pleadings by May 21, 2008, plaintiff's opposition and cross-motion for judgment on the pleadings by June 23, 2008, and defendant's reply by July 11, 2008. The reason for this request is to allow the parties sufficient time to prepare their papers. No prior adjournment of the briefing schedule has been requested. We appreciate the Court's consideration of this request.

Granted.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

**SO ORDERED**
4/28/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: BY FAX
Steven Godeski, Esq.

COPIES MAILED
TO COUNSEL OF RECORD ON 4/29/08

TOTAL P.02