

**MEMO ENDORSED**

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

July 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

BY FAX

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

       Re: <u>Roselyn Andino o/b/o Ashanti Andino v. Astrue</u>
           07 Civ. 10311 (PAC) (THK)

Dear Judge Katz:

     Pursuant to the briefing schedule in the above-referenced Social Security case, the Government's reply brief is due July 11, 2008. We write respectfully to request, with the gracious consent of plaintiff's counsel, that the date for the Government's reply brief be adjourned for two weeks, until July 25, 2008. The reason for this request is to accommodate the vacation schedule of the undersigned, and to allow the Social Security Administration sufficient time to evaluate the arguments in plaintiff's brief. No previous request to adjourn the reply brief has been made. We appreciate the Court's consideration of this request.

*The Reply shall be filed by July 25, 2008.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

**SO ORDERED**
7/3/08
_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: BY FAX
    Steven Godeski, Esq.

COPIES MAILED
TO COUNSEL OF RECORD ON 7/3/08

TOTAL P.02